

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00210-CV

_____

IN RE SHERI BUMGARDNER; SSB DESIGNS, INC.; MANCHESTER DEVELOPMENT, LLC; AND 2CB BUILDERS, LLC, Relators

Original Proceeding
96th District Court of Tarrant County, Texas
Trial Court No. 096-303294-18

Before Kerr, Birdwell, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for temporary relief are denied.

Per Curiam

Delivered:  June 9, 2022